## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 18-CV-109-J-34-PDB

Plaintiff:
**ANTHONY HARRISON AND GLORIA HARRISON**
vs.
Defendant:
**FIP, LLC D/B/A FUTURE INCOME PAYMENTS, LLC**

For: Marc Wites
WITES & KAPETAN, P.A.

Received by OJF SERVICES, INC. on the 19th day of January, 2018 at 9:04 am to be served on **FIP, LLC D/B/A FUTURE INCOME PAYMENTS, LLC C/O CONSERVITAS COMPANY SERVICES, LLC, 2505 ANTHEM VILLAGE DR, STE E-599, HENDERSON, NV 89052.** I, _____Diana Brown_____, do hereby affirm that on the __22nd__ day of __January__, 20__18__ at __4__ : __55__ p.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

(✓) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** Address corresponds to a private mailbox at a UPS Store. Address is not a valid physical location for the Defendant. Store owner, Eddie (Hispanic male; black hair; 5'7"; 160lbs; 58-62 years old; wearing glasses), refused to confirm if the Defendant, or the Registered Agent, currently held a box at this location.

I CERTIFY THAT I AM OVER THE AGE OF 18 AND HAVE NO INTEREST IN THE ABOVE ACTION. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE".

Affiant - DIANA BROWN
PROCESS SERVER # R-033810
Appointed in accordance with State Statutes

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: 2018000889

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2g

