AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| ANTHONY HARRISON and GLORIA HARRISON <br><br> *Plaintiff(s)* <br> v. <br> FIP, LLC, a Nevada limited liability corporation, d/b/a Future Income Payments, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 3:18-cv-00109-MMH-PDB ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FIP, LLC, a Nevada limited liability corporation, d/b/a Future Income Payments, LLC
c/o ISL, Inc.
321 W Winnie Lane, Suite 104
Carson City, NV 89703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc A. Wites, Esq.
Wites Law Firm
4400 N. Federal Highway
Lighthouse Point, FL 33064
Phone: (954) 933-4400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 21, 2018

_____
*Signature of Clerk or Deputy Clerk*