**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| ANTHONY HARRISON *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )    **Case No. 3:18-cv-00109-MMH-PDB** |
| FIP, LLC, | )<br>)<br>) |
| *Defendant*. | )<br>) |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FIP, LLC ("FIP") hereby submits the following certificate of interested persons and corporate disclosure statement:

**1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

     a.     Cash Flow Outsourcing Services Inc.

     b.     Glorilyn Cusi

     c.     Future Income Payments, LLC

     d.     Scott A. Kohn

**2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

     None known at this time.

**3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

     None known at this time.

**4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

    a.     Plaintiff Anthony Harrison

    b.     Plaintiff Gloria Harrison

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: March 22, 2018          Respectfully submitted,

/s/ *David C. Reeves*
David C. Reeves
Florida Bar No. 0072303
MOSELEY PRICHARD PARRISH KNIGHT & JONES
501 West Bay Street
Jacksonville, FL 32202
Phone: (904) 356-1306
Fax:     (904) 354-0194
Email: dcreeves@mppkj.com

*Counsel who will be seeking Special Admission to appear in this matter pursuant to Local Rule 2.02*
Christopher W. Jones, *Trial Counsel*
Ripley Rand
Samuel B. Hartzell
Local Rule 2.02(a) Special Counsel
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Phone: (919) 755-8173
Fax:     (919) 755-6771
Email: Chris.Jones@wbd-us.com
        Ripley.Rand@wbd-us.com
        Sam.Hartzell@wbd-us.com

*Counsel for Defendant FIP, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused Defendant's Certificate of Interested Persons and Corporate Disclosure Statement to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Marc A Wites
Wites & Kapetan, PA
4400 N Federal Hwy
Lighthouse Point, FL 33064
954/933-4400
Fax: 954/354-0205
Email: mwites@wklawyers.com

Dated: March 22, 2018                /s/ *David C. Reeves*
                                     David C. Reeves
                                     *Counsel for Defendant FIP, LLC*

3