UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:18-cv-00109-MMH-PDB

ANTHONY HARRISON and
GLORIA HARRISON,

    Plaintiffs,

v.

FIP, LLC, a Nevada limited liability corporation,
d/b/a Future Income Payments, LLC,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Fed.R.Civ.P., and to this Court's Interested Persons Order, Plaintiff discloses the following:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case.

    (a) Anthony Harrison,

    (b) Gloria Harrison,

    (c) Marc A. Wites, Esq., Counsel for Plaintiffs,

    (d) Thomas B. Rogers, Esq., Counsel for Plaintiffs,

    (e) Wites Law Firm, Counsel for Plaintiffs,

    (f) FIP, LLC, a Nevada limited liability corporation,

    d/b/a Future Income Payments, LLC,

(g) Christopher W. Jones, Esq., Counsel for Defendant,

(h) David Clifford Reeves, Esq., Counsel for Defendant,

(i) Ripley Rand, Esq., Counsel for Defendant,

(j) Samuel B. Hartzell, Esq., Counsel for Defendant,

(k) Parties and counsel in the case styled *FUTURE INCOME PAYMENTS, LLC v. CONSUMER FINANCIAL PROTECTION BUREAU* et al, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CASE #: 1:17-cv-00049-RC; *see* Report containing all party and attorney names attached hereto as Exhibit A,

(l) Parties and counsel in the case styled *John Underwood v. Future Income Payments*, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE #: 8:17-cv-01570-DOC-DFM; *see* Report containing all party and attorney names attached hereto as Exhibit B, and

(m) Parties and counsel in the case styled *Block v. Future Income Payments, LLC,* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, CASE #: 3:17-cv-01808-YYl *see* Report containing all party and attorney names attached hereto as Exhibit C.[1]

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None that Plaintiff is aware of.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None that Plaintiff is aware of.

---

1    Plaintiffs are not presently aware if other cases are pending against Defendant in any state, or any other courts or venues, that may include persons and entities that may be interested in the outcome of the instant action.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiffs Anthony and Gloria Harrison.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

**WITES LAW FIRM**
Attorneys for Plaintiffs
4400 North Federal Highway
Lighthouse Point, FL 33064
954-933-4400/954-354-0205 (fax)
By: **/s/ Marc A. Wites**
      MARC A. WITES
      Fla. Bar No.: 24783
      mwites@witeslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2018, I filed the foregoing via CM/ECF with the Clerk of Court.

By: /s/ *Marc A. Wites*
    **Marc A. Wites**