# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:17-cv-00049-RC

FUTURE INCOME PAYMENTS, LLC v. CONSUMER FINANCIAL PROTECTION BUREAU et al
Assigned to: Judge Rudolph Contreras
Case in other court: USCA, 17-05026
Cause: 28:2201 Constitutionality of State Statute(s)

Date Filed: 01/10/2017
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

### Plaintiff

**JOHN DOE COMPANY**
*TERMINATED: 04/14/2017*

represented by **Cathy A. Hinger**
WOMBLE BOND DICKINSON (US) LLP
1200 19th Street, NW
Suite 500
Washington, DC 20036
(202) 857-4489
Fax: (202) 261-0029
Email: cathy.hinger@wbd-us.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher W. Jones**
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
555 Fayetteville Street - Suite 1100
Raleigh, NC 27601
(919) 755-8173
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Epstein**
DORSEY & WHITNEY, LLP
51 West 52nd Street
New York, NY 10019-6119
(212) 415-9309
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ji-Hyun Jennifer Lee**
DORSEY & WHITNEY LLP
1801 K Street NW
Suite 750
Washington, DC 20006
(202) 442-3572
Email: lee.jenny@dorsey.com
*ATTORNEY TO BE NOTICED*

**Samuel B. Hartzell**
WOMBLE CARLYLE SANDRIDGE &

Exh A

RICE, LLP
555 Fayetteville Street - Suite 1100
Raleigh, NC 27601
(919) 755-2112
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FUTURE INCOME PAYMENTS, LLC** represented by **Cathy A. Hinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher W. Jones**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Epstein**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ji-Hyun Jennifer Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel B. Hartzell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CONSUMER FINANCIAL PROTECTION BUREAU** represented by **Christopher John Deal**
CONSUMER FINANCIAL PROTECTION BUREAU
Office of General Counsel
1700 G Street, N.W.
Washington, DC 20552
(202) 435-9582
Email: christopher.deal@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Y. Bressler**
CONSUMER FINANCIAL PROTECTION BUREAU
Office of General Counsel
1700 G Street, N.W.
Washington, DC 20552
(202) 435-7248

        Email: steven.bressler@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Kevin E. Friedl**
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
(202) 435-9268
Email: kevin.friedl@cfpb.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD CORDRAY**
*in his official capacity as Director of the Consumer Financial Protection Bureau*

represented by **Christopher John Deal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Steven Y. Bressler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Kevin E. Friedl**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2017 | 1 | MOTION To Proceed Under Pseudonym by JOHN DOE COMPANY (Attachments: # 1 Memorandum in Support)(jf) (Entered: 01/10/2017) |
| 01/10/2017 | 2 | MOTION To File Verification Under Seal by JOHN DOE COMPANY (jf) (Entered: 01/10/2017) |
| 01/10/2017 | 3 | MEMORANDUM AND ORDER granting 1 Motion To Proceed Under Pseudonym ; granting 2 Motion To File Verification Under Seal. Signed by Chief Judge Beryl A. Howell on 01/10/2017. (see order for full details) (jf) (Entered: 01/10/2017) |
| 01/10/2017 | 4 | COMPLAINT against CONSUMER FINANCIAL PROTECTION BUREAU, RICHARD CORDRAY ( Filing fee $ 400, receipt number 4616082402) filed by JOHN DOE COMPANY. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(jf) (Entered: 01/10/2017) |
| 01/10/2017 | 5 | SEALED Verification filed by JOHN DOE COMPANY. re 4 Complaint, filed by JOHN DOE COMPANY. (This document is SEALED and only available to authorized persons.) (zjf) (Entered: 01/10/2017) |
| 01/10/2017 | 6 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests NONE by JOHN DOE COMPANY (jf) (Entered: 01/10/2017) |
| 01/10/2017 | 7 | MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction and Certification under LCvR 65.1(a) by JOHN DOE COMPANY (Attachments: # 1 |