UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HARRISON and
GLORIA HARRISON,

    Plaintiffs,                                                   Case No. 3:18-cv-00109-MMH-PDB

v.

FIP, LLC, a Nevada Limited Liability
Corporation, d/b/a Future Income
Payments, LLC,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

- *Future Income Payments, LLC, v. Consumer Financial Protection Bureau et al.*, United States District Court for the District Of Columbia, Case No.: 1:17-cv-00049-RC;

- *John Underwood v. Future Income Payments*, *LLC,* United States District Court for the Central District Of California, Case No.: 8:17-cv-01570-DOC-DFM; and

- *Block v. Future Income Payments, LLC*, United States District Court for the District of Oregon, Case No.: 3:17-cv-01808-YY.

                                                   Respectfully submitted,

                                                   **WITES LAW FIRM**
                                                   Attorneys for Plaintiffs
                                                   4400 North Federal Highway
                                                   Lighthouse Point, FL 33064
                                                   954-933-4400/954-354-0205 (fax)
                                                   By: **/s/ Marc A. Wites**
                                                           MARC A. WITES
                                                          Fla. Bar No.: 24783
                                                          mwites@witeslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 23, 2018, I filed and served the foregoing via CM/ECF with the Clerk of Court.

                                         By:    /s/ *Marc A. Wites*
                                                    **Marc A. Wites**