UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY HARRISON and
GLORIA HARRISON,

       Plaintiffs,                           Case No. 3:18-cv-00109-MMH-PDB

v.

FIP, LLC, a Nevada Limited Liability
Corporation, d/b/a Future Income
Payments, LLC,

       Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

       Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs Anthony Harrison and Gloria Harrison hereby file this Voluntary Dismissal with Prejudice, with each party bearing its own fees and costs.

                                              Respectfully submitted,

                                              **WITES LAW FIRM**
                                              Attorneys for Plaintiffs
                                              4400 North Federal Highway
                                              Lighthouse Point, FL 33064
                                              954-933-4400/954-354-0205 (fax)
                                              By: **/s/ Marc A. Wites**
                                                     MARC A. WITES
                                                     Fla. Bar No.: 24783
                                                     mwites@witeslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 4, 2018, I filed and served the foregoing via CM/ECF with the Clerk of Court.

By: /s/ *Marc A. Wites*
**Marc A. Wites**